UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FELIPE FERNANDEZ, *on behalf of himself and all* : 
*others similarly situated*, :
:
                      Plaintiffs, :        24-CV-10038 (JAV)
:
      -v- :        <u>ORDER</u>
:
GARDENS ALIVE, INC., :
D/B/A BRECK'S, :
:
                 Defendant. :
X
------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiffs allege that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 7, 2025                          _____
      New York, New York                  JEANNETTE A. VARGAS
                                                    United States District Judge